[No. 4982–1.   Division One.   May 30, 1978.]

· THE STATE OF WASHINGTON, *Respondent,* v. LARRY A. SUTTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76223, Howard J. Thompson, J., entered August 3, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5135–1.   Division One.   May 30, 1978.]

BETTY L. UNICK, *Appellant,* v. CHARLES A. VEIRS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 49702, Jack S. Kurtz, J., entered October 1, 1976. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Dore, JJ.

[No. 5198–1.   Division One.   May 30, 1978.]

KARL HERRMANN, *Respondent,* v. FEDERAL OLD LINE INSURANCE COMPANY (MUTUAL), *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 616393, Solie M. Ringold, J., entered November 19, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.